United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **ASTRID GANDARIA,** | § | |
| **SANDRA ORTA, and** | § | |
| **MAYRA REYES** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:24-cv-00423** |
| | § | |
| **UNIVERSITY OF TEXAS -RIO GRANDE** | § | |
| **VALLEY; DR. LUIS TORRES-HOSTOS,** | § | |
| **in his official capacity as Dean for School** | § | |
| **of Social Work at UTRGV; DR. LUIS H.** | § | |
| **ZAYAS, in his official capacity as Provost** | § | |
| **and Senior Vice President for Academic** | § | |
| **Affairs at UTRGV; and DR. GUY BAILEY,** | § | |
| **in his official capacity as President of** | § | |
| **UTRGV** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is Plaintiffs' unopposed request, as permitted by this Court's Procedure 15(e), to extend the submission date for *Defendants Torres, Zayas, and Bailey's Motion to Dismiss Plaintiffs' Second Amended Complaint* [Doc. 27] ("Torres, Zayas, and Bailey's Motion") to June 27, 2025.

After reviewing the unopposed request, the Court is of the opinion that it should be granted, and Plaintiffs' deadline to respond to Torres, Zayas, and Bailey's Motion, as

well as the submission date for such motion, is extended to June 27, 2025.

It is SO ORDERED.

Signed this  18th  of _____June_____, 2025.

_____

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**